**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY BLALOCK, individually and on behalf of all others similarly situated<br>Plaintiff,<br>v.<br>FCA US, LLC, a Delaware limited liability company<br>Defendant. | No. SA CV 26-201-DMG (KESx)<br>**JUDGMENT** |

On August 15, 2026, this Court granted Defendant's motion to dismiss with leave for Plaintiff to amend and file a Second Amended Complaint by September 4, 2026. [Doc. # 29.] In light of Plaintiff's failure to file a Second Amended Complaint by September 4, 2026,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for lack of standing.

DATED: September 17, 2026

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE